

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Reggie Mason Smith, Appellant

No. 06-18-00116-CR     v.

The State of Texas, Appellee

Appeal from the 102nd District Court of Bowie County, Texas (Tr. Ct. No. 15F0002-102). Opinion delivered by Chief Justice Morriss, Justice Stevens and Justice Carter,* participating. *Justice Carter, Retired, Sitting by Assignment.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment by deleting the section labeled "Terms of Plea Bargain" and to reflect that the correct amount of court costs is $234.00. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Reggie Mason Smith, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED FEBRUARY 7, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk